IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| SERCONET, LTD., and<br>MOSAID TECHNOLOGIES, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>ASOKA USA, INC., and<br>AMAZON.COM, INC.,<br><br>    Defendants. | CIVIL ACTION NO.:  5:05-cv-00167-DF |

## NOTICE OF PLAINTIFFS' DISCLOSURE OF INITIAL DISCLOSURES

COME NOW, Plaintiffs SercoNet, Ltd. ("SercoNet") and MOSAID Technologies, Inc. ("MOSAID"), by and through its undersigned counsel, and pursuant to Local Rule CV-26(c) hereby makes notice to the Court that it has, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Step 2 of the Court's Docket Control Order (Dkt. No. 105) on this date served its Initial Disclosures on the Following counsel for Defendants via first class mail, postage prepaid, and addressed as follows:

Gregory S. Bishop
GOODWIN PROCTOR LLP
135 Commonwealth Drive
Menlo Park, California 94025

Elizabeth L. DeRieux
Sidney Calvin Capshaw
CAPSHAW DERIEUX, LLP
1127 Judson Road
Suite 200
Longview, Texas 75601-5157

*Attorneys for Defendants Asoka USA, Inc., and Amazon.com, Inc.*

This 27th day of September, 2010.

        Respectfully Submitted,

        By: */s/ Eric G. Maurer*_____

        Douglas R. Kertscher
        Eric G. Maurer
        HILL, KERTSCHER & WHARTON, LLP
        3350 Riverwood Parkway
        Atlanta, Georgia 30339
        Telephone:  770-953-0995
        Facsimile:  770-953-1358
        Email:  drk@hkw-law.com
        Email:  sgh@hkw-law.com
        Email:  egm@hkw-law.com

        Nicholas H. Patton
        PATTON, TIDWELL & SCHROEDER, LLP
        4605 Texas Boulevard
        Texarkana, Texas 75503
        Telephone:  903-792-7080
        Facsimile:  903-792-8233
        Email:  nickpatton@texarkanalaw.com

        *Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

    I hereby certify that on this date a true and correct copy of the foregoing NOTICE OF PLAINTIFFS' DISCOSURES OF INITIAL DISCLOSURES has been served via CM/ECF in accordance with Local Rule CV-5(a)(2)(A) on the following counsel for Defendant:

Gregory S. Bishop
GOODWIN PROCTOR LLP
135 Commonwealth Drive
Menlo Park, California 94025

Elizabeth L. DeRieux
Sidney Calvin Capshaw
CAPSHAW DERIEUX, LLP
1127 Judson Road
Suite 200
Longview, Texas 75601-5157

*Attorneys for Defendants Asoka USA, Inc., and Amazon.com, Inc.*

This 27th day of September, 2010.

/s/ Eric G. Maurer

*Attorney for Plaintiffs*