**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| **SERCONET, LTD., and MOSAID TECHNOLOGIES, INC.,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**ASOKA USA CORPORATION, and AMAZON.COM, INC.,**<br><br>**Defendants.** | **Civil Action File No.:<br>5:05-CV-00167-DF** |

## STIPULATED DISMISSAL

Pursuant to Fed. R. Civ. Pro. 41, the Plaintiffs hereby stipulate to dismissal of all claims, charges, or other allegations against or involving Defendant ASOKA USA CORPORATION and Defendant AMAZON.COM, INC. Plaintiffs and Defendants stipulate to the dismissal of this case with prejudice, informing the Court that the matter has reached settlement.

Stipulated to by:

February 9, 2011  /s/ Douglas R. Kertscher
Date  Douglas R. Kertscher
  *Counsel for Plaintiffs*

February 9, 2011  /s/ Gregory S. Bishop
Date  Gregory S. Bishop
  *Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| **SERCONET, LTD., and MOSAID TECHNOLOGIES, INC.,** <br><br> **Plaintiffs,** <br><br> vs. <br><br> **ASOKA USA CORPORATION, and AMAZON.COM, INC.,** <br><br> **Defendants.** | **Civil Action File No.:** <br> **5:05-CV-00167-DF** |

## CERTIFICATE OF SERVICE

This is to certify that I have this date caused to be served upon all counsel a true and correct copy of the within and foregoing **STIPULATED DISMISSAL** with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Gregory S. Bishop, Esq.
> GOODWIN PROCTOR LLP
> 135 Commonwealth Drive
> Menlo Park, CA 94025

This 9th day of February, 2011.

> */s/ Douglas R. Kertscher*
> Douglas R. Kertscher
> *Counsel for Plaintiffs*

Hill, Kertscher & Wharton, LLP
3350 Riverwood Parkway, Suite 800
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Facsimile:  (770) 953-1358
drk@hkw-law.com