# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| SERCONET, LTD, and<br>MOSAID TECHNOLOGIES, INC.,<br><br>**Plaintiffs,**<br><br>vs.<br><br>ASOKA USA CORPORATION, and<br>AMAZON.COM, INC.,<br><br>**Defendants.** | **Civil Action File No.:**<br>**5:05-CV-00167-DF** |

## ORDER

This matter having came before this Court, the parties have reached a settlement in this case and, therefore, stipulate to dismissal of all claims, charges, or other allegations against or involving Defendant ASOKA USA CORPORATION and Defendant AMAZON.COM, INC. Upon consideration of the consent stipulation, it is hereby ORDERED and DECREED:

This Court GRANTS said stipulation, this case is hereby dismissed against Defendants and the Clerk of Court shall mark the record as such.

**SIGNED this 14th day of February, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

-1-